# UNITED STATES DISTRICT COURT
for the
District of Hawaii

**SEALED**
**BY ORDER OF THE COURT**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 31, 2025 4:28 PM
Lucy H. Carrillo, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>RODNEY NIOLE KAHELE, JR.<br><br>*Defendant(s)* | Case No.<br>Mag. No. 25-00069 RT<br><br>**FILED UNDER SEAL PURSUANT TO**<br>**CRIMLR5.2(a)(1)** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2023 through July 2023__ in the county of __Honolulu and Hawaii__ in the _____ District of __Hawaii__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a), & 841(b)(1)(A) | Conspiracy to distribute controlled substances, namely 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached Affidavit in Support.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Aaron Y. Wise, Special Agent, DEA
*Printed name and title*

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date: 01/31/2025

City and state: Honolulu, Hawaii

_____
Rom A. Trader
United States Magistrate Judge

**WARNING:  FILED UNDER SEAL PURSUANT TO CRIM LR 5.2(a)(1)**

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

MARGARET C. NAMMAR #9045
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Margaret.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 25-00069 RT |
| | ) | |
| Plaintiff, | ) | AFFIDAVIT IN SUPPORT OF |
| | ) | CRIMINAL COMPLAINT |
| vs. | ) | |
| | ) | |
| RODNEY NIOLE KAHELE, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

   I, Aaron Y. Wise, being duly sworn telephonically, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Drug Enforcement Administration, and have been since October 2011. I am currently assigned to the DEA's Los Angeles Field Division ("LAFD"), Maui Post of Duty, investigating large-scale drug trafficking organizations operating in the Maui County area and elsewhere. I received 17 weeks of narcotics law enforcement training at the DEA Basic Agent Training at the DEA Academy, Quantico, Virginia. Through the DEA Academy and continuing education, I have received extensive training on conducting federal narcotics investigations, investigative techniques, running undercover operations, interviewing witnesses and subjects, developing and handling sources, money laundering, overdose investigations, cyber-crimes, and search and seizure of evidence, among other things.

2.      While assigned to the LAFD, I have participated in numerous investigations involving Drug Trafficking Organizations ("DTO") with varying degrees of size and sophistication. During several of these investigations, I have been the primary case agent. As a case agent, I have made decisions as to which investigative techniques to deploy in order to further each particular investigation. I have been the affiant for numerous search and arrest warrants as well as several federal and state wiretap orders. I have listened to intercepted phone calls and I am familiar with some of the coded language used by narcotics traffickers to refer to

narcotics, narcotics proceeds, and firearms in an effort to avoid law enforcement detection. I have also executed numerous search warrants and I am familiar with the methods in which drug traffickers attempt to conceal evidence of their narcotics trafficking activities. Additionally, I have arrested numerous individuals for narcotics violations and have spoken to some at length, giving me insight into the manner in which DTOs operate.

3. Based on my training, experience, and conversations with other narcotics investigators, I am familiar with drug traffickers' methods of operation including the distribution, storage, and transportation of drugs, as well as the collection of drug proceeds and methods of money laundering used to conceal the nature of the proceeds. I have investigated multiple money laundering organizations operating both domestically and internationally and am familiar with money laundering statues involving the proceeds of specified unlawful activities and conspiracies associated with criminal narcotics, in violation of Titles 18 and 21 of the United States Code.

4. I am also aware that it is common practice for drug traffickers to use their cellular telephones to communicate with drug customers and drug suppliers. It is also common practice for drug traffickers to maintain cellular telephones close at hand in order to facilitate their drug trafficking business. Such equipment permits traffickers to remain in close and nearly instantaneous communication with

their customers and suppliers by placing or receiving a phone call or by sending or receiving a text message, whether it be through the phone's text messaging application or through a third-party messaging application.

5.  I submit this affidavit in support of the foregoing Criminal Complaint for RODNEY NIOLE KAHELE, JR. ("KAHELE JR."), charging one count of conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).

6.  The information contained in this affidavit is based on my personal knowledge and my training and experience, information obtained from other law enforcement personnel, and witnesses. This affidavit is intended merely to show that there is probable cause for the criminal violation and requested arrest warrant and does not set forth all of my knowledge about this matter.

## **PROBABLE CAUSE**

7.  Since March 2023, the DEA, Homeland Security Investigation ("HSI"), and Maui County Police Department ("MPD") have been investigating a DTO responsible for the distribution of crystal methamphetamine and cocaine from California to the islands of Maui, Hawaii ("Big Island") and Oahu. During the course of the investigation, investigators identified KAHELE JR. as a multi-pound crystal methamphetamine distributor on the Island of Hawaii being supplied by Gil Garcia (charged elsewhere) from California.

8. In July 2023, investigators on the Island of Hawaii contacted KAHELE JR. after investigators observed KAHELE JR. meet with a female at the Kona International Airport. The female had just arrived to Kona from Los Angeles, then immediately flew to Honolulu after meeting with KAHELE JR. KAHELE JR. provided consent to search his person and was found in possession of suspected crystal methamphetamine. The evidence was sent to the DEA Southwest Laboratory and was confirmed to be crystal methamphetamine with a 98% purity and a net weight of 13.7 grams.

9. During a post arrest interview, KAHELE JR. was advised of his rights and agreed to speak with investigators without an attorney present. KAHELE JR. admitted to buying pound quantities of crystal methamphetamine from Gil Garcia for many months. KAHELE JR. said a Mexican male known as "Big Boy," later identified as Miguel Navarro (charged elsewhere), would typically deliver five pounds of crystal methamphetamine to KAHELE JR. on the Island of Hawaii. Garcia would then typically send Mexican females to collect the drug proceeds, and on this instance, KAHELE JR. admitted that he paid the female approximately $20,000 U.S. currency for previously received crystal methamphetamine.

10. Phone records were obtained for Garcia's and KAHELE JR.'s phones, which revealed months of conversations relating to deliveries of various drugs and the receipt of drug proceeds, utilizing coded language.

## CONCLUSION

11. Based on the foregoing facts, I respectfully submit that probable cause exists to believe that RODNEY NIOLE KAHELE, JR., the defendant, committed the aforementioned offense.

## REQUEST TO SEAL

12. I further request that the Court order that the Criminal Complaint, including the affidavit in support, and arrest warrant be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

AARON Y. WISE
Special Agent, DEA

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime(s) found to exist by the undersigned Judicial Officer at 4:03 p.m. on January 31, 2025, at Honolulu, Hawaii.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), on this 31st day of January, 2025, at Honolulu, Hawaii.



Rom A Trader
United States Magistrate Judge